IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


CAROL KAY LAWTON,

           Plaintiff,

v.                                        Case No: 08-4080-SAC

GENE HIGGINS, and
BMI,

           Defendants.

## MEMORANDUM AND ORDER

This case comes before the court on defendant BMI's motion to dismiss. This court previously found that plaintiff's complaint was deficient, and permitted her thirty days within which to file an amended complaint that complied with the pleading requirements of Fed.R.Civ.P. 8. Plaintiff has responded by filing the following: request for enforcement of judgment (Dk. 35); Amended Complaint (Dk. 36); and Supplement to Amended Complaint (Dk. 37).

Having reviewed each of these documents, the court finds that none of them cures the deficiencies which plagued plaintiff's earlier pleading.

IT IS THEREFORE ORDERED that defendants' motion to dismiss is granted, and that plaintiff's case is hereby dismissed without prejudice.

Dated this 4th day of November, 2008, Topeka, Kansas.

                                      s/ Sam A. Crow
                                      Sam A. Crow, U.S. District Senior Judge